**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**DEBORAH ANNE SMITH**                                                                **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO.: 3:25-cv-195-JMV**

**FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY**                              **DEFENDANT**

**ORDER GRANTING MOTION FOR ATTORNEY'S FEES**

Before the Court is Plaintiff's motion [Doc. 16] for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and Defendant's response. [Doc. 17]. For the reasons that follow, the motion will be granted.

In these proceedings, Plaintiff sought judicial review of the Social Security Commissioner's final decision denying a claim for benefits. This Court's Order [Doc. 15] granted Defendant's motion to remand to the Social Security Administration for further proceedings. A party who obtains a remand in a social security appeal pursuant to the fourth sentence of 42 U.S.C. § 405(g) qualifies as a prevailing party for purposes of fees under the EAJA. *Breaux v. U.S.D.H.H.S*, 20 F.3d 1324, 1324 (5th Cir. 1994) (per curiam).[1]

Certain costs, such as filing fees, may be charged against the government of the United States, through the Office of the United States Attorney, and paid from the Judgment Fund by the Department of the Treasury. *Campbell v. Berryhill*, 2017 WL 4404459, at *4 (N.D. Tex. Sept. 1, 2017), *report and recommendation adopted*, 2017 WL 4351370 (N.D. Tex. Sept. 29, 2017) (citing 31 U.S.C. § 1304). Accordingly, the court finds the Plaintiff is entitled to be reimbursed in the

---

[1] The fourth sentence of 42 U.S.C. § 405(g) states "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

amount of $405 to be paid from the Judgment Fund under 31 U.S.C. § 1304.

Plaintiff, through her motion, seeks attorney fees in the amount of $5,066.82. In support of the motion, Plaintiff's counsel submitted a statement regarding the time expended litigating this action. According to the motion, Plaintiff's attorney spent a total of 19.8 hours on this case in 2025 at a rate of $255.90 per hour, amounting to $5,066.82 of total work.

The Court, having thoroughly considered the motion, noting that the Defendant does not oppose the award of EAJA fees, and the applicable law, finds the award is reasonable; and no special circumstance would make the award unjust.

Therefore, it is ordered that the Commissioner shall promptly pay Plaintiff $5,066.82 in attorney fees for the benefit of her counsel. As a matter of practice, an EAJA fee made payable to Plaintiff may properly be mailed to Plaintiff's attorney. Further, the Plaintiff is to be reimbursed in the amount of $405 to be paid from the Judgment Fund under 31 U.S.C. § 1304.

**SO ORDERED**, this the 9th day of March, 2026.

*/s/* Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**